UNION LUMBER COMPANY, Respondent, *v.* JACOB C. CAFLISCH et al., Appellants.

*Union Lumber Co.* v. *Caflisch,* 128 App. Div. 917, affirmed.
(Submitted October 13, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 9, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for an alleged breach of contract of sale.

*W. S. Thrasher* and *V. E. Peckham* for appellants.

*James L. Weeks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.